1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON JOHNSON-JACK and MICHAEL XAVIER, on behalf of themselves, all others similarly situated, and the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEALTH-ADE LLC,<br><br>    Defendant. | Case No: 3:21-cv-07895<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION AND JOINT REQUEST FOR ORDER DISMISSING THE ACTION WITH PREJUDICE |

Pursuant to the Parties' Stipulation and Joint Request for Order Dismissing the Action With Prejudice, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned case is dismissed in its entirety with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 9, 2023

_____
The Hon. Laurel Beeler
United States Magistrate Judge

1

*Johnson-Jack v. Health-Ade, LLC*, No. 21-cv-07895
[Proposed] Order Granting Stipulation & Joint Request for Order Dismissing Action